UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR KASPER, in his own right and through his power of attorney CHRIS BELL, : | |
| Plaintiff   : | CIVIL ACTION NO. 3:17-1289 |
| v.   : | (JUDGE MANNION) |
| MILFORD VALLEY CONVALESCENT HOME, INC. d/b/a MILFORD HEALTHCARE AND REHABILITATION CENTER; GUARDIAN LTC MANAGEMENT, INC. d/b/a GUARDIAN ELDER CARE,   : | |
| Defendants | |

## ORDER

Based upon the stipulation approved today this case shall be Administratively Closed. Counsel shall inform the court should Arbitration be unsuccessful and the case will be reopened.

MALACHY E. MANNION
United States District Judge

Date: October 17, 2017

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2017 ORDERS\17-1289-02.wpd